```
 1  Benjamin W. Bull (AZ Bar No. 009940)
    ALLIANCE DEFENSE FUND
 2  15100 N. 90th Street, Scottsdale, Arizona 85260
    (480) 444–0020; (480) 444–0028 (fax); bbull@telladf.org
 3
 4  Nathan W. Kellum (TN Bar. No. 13482; MS Bar No. 8813)*
    ADF CENTER FOR ACADEMIC FREEDOM
 5  699 Oakleaf Office Lane, Suite 107, Memphis, Tennessee 38117
    (901) 684–5485; (901) 684–5499 (fax); nkellum@telladf.org
 6
 7  David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
    ADF CENTER FOR ACADEMIC FREEDOM
 8  101 Parkshore Drive, Suite 100, Folsom, California 95630
    (916) 932–2850; (916) 932–2851 (fax); dhacker@telladf.org
 9
    Travis C. Barham (AZ Bar No. 024867)*
10  ADF CENTER FOR ACADEMIC FREEDOM
    12 Public Square, Columbia, Tennessee 38401
11  (931) 490–0591; (931) 490–7989 (fax); tbarham@telladf.org
12
    Kevin T. Snider (CA Bar No. 170988)
13  Matthew McReynolds (CA Bar No. 234797)
    PACIFIC JUSTICE INSTITUTE
14  P.O. Box 276600, Sacramento, California 95827
    (916) 857–6900; (916) 857–6902 (fax)
15  kevinsnider@pacificjustice.org
    mattmcreynolds@pacificjustice.org
16

17  * Pro hac vice applications pending
    Attorneys for Plaintiff June Sheldon
18
```

**E-FILING**
**FILED ADR**
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JUNE SHELDON,<br><br>Plaintiff,<br><br>v.<br><br>The Trustees of the San José/Evergreen Community College District: **BALBIR DHILLON, MARIA FUENTES, AUTUMN GUTIERREZ, RICHARD HOBBS, RONALD J. LIND, RANDY OKAMURA, AND RICHARD K. TANAKA**, all in their individual and official capacities; **ROSA G.** | **C08 03438 PVT**<br>Case No. _____<br><br>**CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

PÉREZ, in her individual and official capacities as Chancellor of the San José/Evergreen Community College District; **ANITA L. MORRIS**, in her individual and official capacities as Vice Chancellor of Human Resources for the San José/Evergreen Community College District; **MICHAEL L. BURKE**, in his individual and official capacities as President of San José City College; **LEANDRA MARTIN**, in her individual and official capacities as Dean of the Division of Math and Science at San José City College,

Defendants.

Plaintiff June Sheldon, by and through counsel, and in compliance with Civil L.R. 3-16, hereby state as follows:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted this 15th day of July, 2008,

By: [signature]
DAVID J. HACKER
*Attorney for Plaintiff*

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
2