RECEIVED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING   E-FILING

ORIGINAL FILED
JUL 16 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

ADR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JUNE SHELDON

Plaintiff(s),

v.

BALBIR DHILLON, et al.

Defendant(s).

C08 03438 PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Nathan W. Kellum , an active member in good standing of the bar of Tennessee and Mississippi (particular court to which applicant is admitted) whose business address and telephone number is Alliance Defense Fund
699 Oakleaf Office Lane, Suite 107
Memphis, TN  38117   Phone 901-684-5485

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing June Sheldon

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District     Judge