Clerk's Use Only

Initial for fee pd.:

Travis C. Barham
Alliance Defense Fund
12 Public Square
Columbia, TN 38401  Ph: 931-490-0591



ADR FILED E-FILING

JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JUNE SHELDON

Plaintiff(s),

v.

BALBIR DHILLON, et al.

Defendant(s).

C08 03438 PVT

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Travis C. Barham, an active member in good standing of the bar of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing June Sheldon in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
David J. Hacker, Alliance Defense Fund, 101 Parkshore Drive, Suite 100, Folsom, CA 95630, Phone: 916-932-2850

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 30 June 2008