Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF CALIFORNIA

JUNE SHELDON,

                          Plaintiff,

v.

The Trustees of the San Jose/Evergreen Community College District;
BALBIR DHILLON, MARIA FUENTES, AUTUMN GUTIERREZ,
RICHARD HOBBS, RONALD J. LIND, RANDY OKAMURA, and
RICHARD K. TANAKA, all in their individual and official capacities;
ROSA G. PEREZ, in her individual and official capacities as Chancellor of
the San Jose/Evergreen Community College District; ANITA L. MORRIS,
in her individual and official capacities as Vice Chancellor of Human
Resources for the San Jose/Evergreen Community College District;
MICHAEL L. BURKE, in his individual and official capacities as President
of San Jose City College; LEANDRA MARTIN, in her individual and
official capacities as Dean of the Division of Math and Science at San Jose
City College,

                          Defendants.

E-FILING    ADR

Civil Action    C08    03438    PVT

## Summons in a Civil Action

To:    **Balbir Dhillon**

          *(Defendant's name)*

A lawsuit has been filed against you.

      Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

DAVID J. HACKER
ADF CENTER FOR ACADEMIC FREEDOM
101 Parkshore Drive, Suite 100
Folsom, California 95630

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:    **JUL 1 6 2008**

**Tiffany Salinas-Harwell**
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

Judge's Copy