RECEIVED

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

ORIGINAL FILED

JUL 16 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUNE SHELDON

Plaintiff(s),

v.

BALBIR DHILLON, et al.

Defendant(s).

C08 03438 PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Nathan W. Kellum, an active member in good standing of the bar of Tennessee and Mississippi (particular court to which applicant is admitted) whose business address and telephone number is Alliance Defense Fund, 699 Oakleaf Office Lane, Suite 107, Memphis, TN 38117  Phone 901-684-5485, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing June Sheldon.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/18/08

Patricia V. Trumbull

United States ~~District~~ Magistrate Judge