RECEIVED

JUL 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  E-FILING

JUNE SHELDON

        Plaintiff(s),

v.

BALBIR DHILLON, et al.

        Defendant(s).

CASE NO. C08-03438 PVT  ADR

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Travis C. Barham, an active member in good standing of the bar of Arizona (particular court to which applicant is admitted) whose business address and telephone number is Alliance Defense Fund, 12 Public Square, Columbia, TN 38401, Phone 931-490-0591, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing June Sheldon

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/18/08

        *Patricia V. Trumbull*
        United States ~~District~~ Magistrate Judge

Judge's Copy