1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11   June Sheldon

No.    5:08-cv-03438-PVT

12
                    Plaintiff(s),          **DECLINATION TO PROCEED BEFORE**
13                                          **A MAGISTRATE JUDGE**
                                            **AND**
14       v.                                 **REQUEST FOR REASSIGNMENT TO A**
     Balbir Dhillon, et al.                 **UNITED STATES DISTRICT JUDGE**
15

16                  Defendant(s).
     _____/

17
18       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19       The undersigned party hereby declines to consent to the assignment of this case to a United

20   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

21   a United States District Judge.

22
     Dated: _August 4, 2008_____        Signature_/s/David J. Hacker____
23
                                         Counsel for _Plaintiff_____
24                                       (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28