Benjamin W. Bull (AZ Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 N. 90th Street, Scottsdale, Arizona 85260
(480) 444–0020; (480) 444–0028 (fax); bbull@telladf.org

Nathan W. Kellum (TN Bar. No. 13482; MS Bar No. 8813)*
ADF CENTER FOR ACADEMIC FREEDOM
699 Oakleaf Office Lane, Suite 107, Memphis, Tennessee 38117
(901) 684–5485; (901) 684–5499 (fax); nkellum@telladf.org

David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
ADF CENTER FOR ACADEMIC FREEDOM
101 Parkshore Drive, Suite 100, Folsom, California 95630
(916) 932–2850; (916) 932–2851 (fax); dhacker@telladf.org

Travis C. Barham (AZ Bar No. 024867)*
ADF CENTER FOR ACADEMIC FREEDOM
12 Public Square, Columbia, Tennessee 38401
(931) 490–0591; (931) 490–7989 (fax); tbarham@telladf.org

Kevin T. Snider (CA Bar No. 170988)
Matthew McReynolds (CA Bar No. 234797)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600, Sacramento, California 95827
(916) 857–6900; (916) 857–6902 (fax)
kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org

*Admitted to practice *pro hac vice*
Attorneys for Plaintiff June Sheldon

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **JUNE SHELDON,**<br><br>　　Plaintiff,<br><br>v.<br><br>**THE TRUSTEES OF THE SAN JOSE/ EVERGREEN COMMUNITY COLLEGE DISTRICT, ET AL,**<br><br>　　Defendants. | Case No. 5:08-cv-03438-RMW<br><br>**CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL** |

I, Michele L. Schmidt, am more than eighteen years of age and not a party to this action. My place of employment is Alliance Defense Fund, 101 Parkshore Drive, Suite 100; Folsom, California 95630.

I hereby certify that a copy of each document described as:

1) Notice of Lawsuit and Request for Waiver of Service of Summons;

2) Waiver of Service of Summons;

3) Civil Cover Sheet;

4) Verified Complaint;

5) Certification of Interested Entities or Persons;

6) Order Setting Initial Case Management Conference and ADR Deadlines;

7) Order Granting Application for Admission Pro Hac Vice [Nathan W. Kellum];

8) Order Granting Application for Admission Pro Hac Vice [Travis Barham];

9) [Plaintiff's] Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge;

10) ECF Registration Information Handout;

11) Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;

12) Consent to Proceed Before a United States Magistrate Judge [form];

13) Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge [form];

14) Dispute Resolution Procedures in the Northern District of California;

15) United States District Court for the Northern District of California San Jose Division Standing Order regarding Case Management in Civil Cases;

16) Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull;

17) Magistrate Judge Patricia V. Trumbull Settlement Conference Procedures; and

18) Standing Order for Discovery Practice in all Cases Referred to Magistrate Judge Patricia V. Trumbull for Discovery

CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL

2

were, on August 4, 2008, served upon the attorney authorized to accept service on behalf of the defendants by delivering the documents listed above to a UPS facility, an express service carrier. The above-referenced documents were sealed in a box with UPS Ground (guaranteed next day) delivery fees prepaid, and sent to his last known address as follows:

> Stubbs & Leone
> A Professional Corporation
> Attn: Louis A. Leone, Esq.
> 2175 North California Boulevard
> Walnut Creek, California 94596

In addition, I hereby certify that a copy of each document described as:

1) Clerk's Notice of Impending Reassignment to a United States District Judge [continuing the Initial Case Management Conference];

2) Reassignment Order; and

3) District Judge Ronald M. Whyte's Standing Order Re: Pretrial Preparation

were, on August 5, 2008, served upon the attorney authorized to accept service on behalf of the defendants by placing the documents listed above in the United States Mail, postage prepaid, and sent to his last known address as follows:

> Stubbs & Leone
> A Professional Corporation
> Attn: Louis A. Leone, Esq.
> 2175 North California Boulevard
> Walnut Creek, California 94596

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2008, at Folsom, California.

*Michele L. Schmidt*
Michele L. Schmidt

CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL
3