**United States District Court**
**For the Northern District of California**

**E-FILED on** 11/10/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUNE SHELDON, <br><br> Plaintiff, <br><br> v. <br><br> TRUSTEES OF THE SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT, et al., <br><br> Defendants. | No. C-07-03438 RMW <br><br><br> ORDER VACATING HEARING DATE |

Defendant's motion to dismiss presently set for hearing on November 21, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 21, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED: 11/10/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING DATE—No. C-07-03438 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| Benjamin Wyman Bull | bbull@telladf.org |
| David Jonathan Hacker | dhacker@telladf.org |
| Kevin Trent Snider | kevinsnider@pacificjustice.org |
| Matthew Brown McReynolds | mattmcreynolds@pacificjustice.org |
| Nathan Wesley Kellum | nkellum@telladf.org |
| Travis Christopher Barham | tbarham@telladf.org |

**Counsel for Defendant:**

| Louis A. Leone | lleone@stubbsleone.com |
| Katherine A. Alberts | albertsk@stubbsleone.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/10/08

JAS
**Chambers of Judge Whyte**