David A. French (TN Bar No. 16692; KY Bar No. 86986)*
David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
**ADF CENTER FOR ACADEMIC FREEDOM**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 932–2850
Facsimile:  (916) 932–2851
dhacker@telladf.org

* Admitted *pro hac vice*
Attorneys for Plaintiff
JUNE SHELDON

Louis A. Leone, Esq. (CSB #099874)
Kathleen Darmagnac, Esq. (CSB #150843)
Katherine A. Alberts, Esq. (CSB #212825)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
leonel@stubbsleone.com
darmagnack@stubbsleone.com
albertsk@stubbsleone.com

*E-FILED - 3/5/09*

Attorneys for Defendants
BILBIR DHILLON, MARIA FUENTES, AUTUMN GUTIERREZ,
RICHARD HOBBS, RONALD J. LIND, RANDY OKAMURA,
RICHARD K. TANAKA, ROSA G. PEREZ, ANITA L. MORRIS,
MICHAEL L. BURKE, AND LEANDRA MARTIN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **June Sheldon,**<br><br>    **Plaintiff,**<br><br>    v.<br>**The Trustees of the San Jose/Evergreen Community College District, Balbir Dhillon, et al.,**<br><br>        **Defendants.** | **Case No. C 08 - 3438 – RMW**<br><br>**STIPULATION AND [] ORDER TO EXTEND TIME FOR MEDIATION**<br><br>**Hon. Ronald M. Whyte** |

---

STIPULATION AND [] ORDER                                                                   Case No. C 08-3438 RMW
TO EXTEND TIME FOR MEDIATION

0

WHEREAS the Court heard the Defendants' Motions to Dismiss on January 9, 2009 and took the matter under submission;

WHEREAS the Court has yet to issue a ruling on Defendants' Motions to Dismiss;

WHEREAS the parties agree that it would be futile to mediate this matter prior to receiving the Court's ruling;

WHEREAS the Court has imposed a deadline of March 5, 2009 by which the parties were to have conducted a mediation session;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned counsel, that the deadline by which this case must be mediated will be extended to 60 days after the Court enters its ruling on the Defendants' Motions to Dismiss.

Dated: February 10, 2009         ADF CENTER FOR ACADEMIC FREEDOM

                                 By:  /s/ David J. Hacker
                                      DAVID J. HACKER
                                      Attorneys for Plaintiff
                                      JUNE SHELDON

Dated: February 10, 2009         STUBBS & LEONE

                                 By:  /s/ Katherine A. Alberts
                                      KATHLEEN DARMAGNAC
                                      KATHERINE A. ALBERTS
                                      Attorneys for Defendants
                                      BILBIR DHILLON, MARIA FUENTES,
                                      AUTUMN GUTIERREZ, RICHARD HOBBS,
                                      RONALD J. LIND, RANDY OKAMURA,
                                      RICHARD K. TANAKA, ROSA G. PEREZ,
                                      ANITA L. MORRIS, MICHAEL L. BURKE, AND
                                      LEANDRA MARTIN

---

STIPULATION AND [] ORDER                                          Case No. C 08-3438 RMW
TO EXTEND TIME FOR MEDIATION

1

**[] ORDER**

IT IS HEREBY ORDERED that deadline for mediating the above captioned matter is now 60 days from the date upon which the Court enters its order regarding the Defendants' Motions to Dismiss.

Dated:     March _5_, 2009

_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [] ORDER  
TO EXTEND TIME FOR MEDIATION

Case No. C 08-3438 RMW

2