David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
Benjamin W. Bull (AZ Bar No. 009940)
David A. French (TN Bar No. 16692; KY Bar No. 86986)*
Travis C. Barham (AZ Bar No. 024867)*
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100, Folsom, California 95630
(916) 932–2850; (916) 932–2851 (fax)
dhacker@telladf.org

Kevin T. Snider (CA Bar No. 170988)
Matthew McReynolds (CA Bar No. 234797)
PACIFIC JUSTICE INSTITUTE
P.O. BOX 276600, Sacramento, California 95827
(916) 857–6900; (916) 857–6902 (fax)
kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org
Attorneys for Plaintiff JUNE SHELDON

Louis A. Leone, Esq. (CA Bar No. 099874)
Kathleen Darmagnac, Esq. (CA Bar No. 150843)
Katherine A. Alberts, Esq. (CA Bar No. 212825)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
leonel@stubbsleone.com
darmagnack@stubbsleone.com
albertsk@stubbsleone.com
Attorneys for Defendants BALBIR DHILLON, MARIA FUENTES,
AUTUMN GUTIERREZ, RICHARD HOBBS, RONALD J. LIND,
RANDY OKAMURA, RICHARD K. TANAKA, ROSA G. PEREZ,
ANITA L. MORRIS, MICHAEL L. BURKE, AND LEANDRA MARTIN

*E-FILED - 9/11/09*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **JUNE SHELDON**, | Case No. 5:08-cv-03438-RMW |
| Plaintiff, | |
| v. | **STIPULATION AND []** |
| | **ORDER TO EXTEND THE DISCOVERY, PRETRIAL AND TRIAL DATES** |
| The Trustees of the San José/Evergreen Community College District:  **BALBIR DHILLON**, et al., | |
| | Hon. Ronald M. Whyte |
| Defendants. | |

1    WHEREAS the Court heard the Defendants' Motions to Dismiss on January 9, 2009 and took

2    the matter under submission;

3    WHEREAS the Court has yet to issue a ruling on Defendants' Motions to Dismiss;

4    WHEREAS the Court issued an Order on March 5, 2009 to reset the deadline for mediating this

5    matter until 60 days after the date upon which the Court enters its order regarding the Defendants'

6    Motions to Dismiss;

7    WHEREAS the Court issued an Order following the initial case management conference that

8    set the following dates for discovery, dispositive motions and trial: "The parties will designate expert

9    witnesses by June 12, 2009.  All discovery closes on August 7, 2009.  The last day for the Court to

10   hear dispositive motions is September 4, 2009.  Trial will begin on October 5, 2009."

11   WHEREAS the parties agree that it would be futile to conduct discovery and other pretrial

12   matters prior to receiving the Court's ruling on the pending motion to dismiss;

13

14   NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by and

15   between the parties, by and through their respective undersigned counsel, that the Court vacate the

16   currently scheduled discovery, dispositive motions and trial dates and schedule a further case

17   management conference to reschedule these deadlines 60 days after the Court enters its ruling on the

18   Defendants' Motions to Dismiss.

19

20   Dated: June 4, 2009                    ALLIANCE DEFENSE FUND

21                                         By: /s/David J. Hacker
                                                David J. Hacker
22                                              David A. French
                                                Attorneys for JUNE SHELDON
23

24   Dated:  June 4, 2009                   STUBBS & LEONE

25                                         By: /s/Katherine Alberts
                                                Kathleen Darmagnac
26                                              Katherine Alberts
                                                Attorneys  for  Defendants  BALBIR  DHILLON,
27                                              MARIA  FUENTES,  AUTUMN  GUTIERREZ,
                                                RICHARD HOBBS, RONALD J. LIND, RANDY
28

OKAMURA, RICHARD K. TANAKA, ROSA G. PEREZ, ANITA L. MORRIS, MICHAEL L. BURKE, AND LEANDRA MARTIN

I hereby attest that I have conferred with Defendants' counsel, Ms. Alberts, and I have her permission to place her ECF signature on this document.

/s/David J. Hacker
DAVID J. HACKER
Attorney for Plaintiff

## [] ORDER

IT IS HEREBY ORDERED that the current discovery, dispositive motions and trial dates are vacated and that the Court will hold a further case management conference to reschedule these deadlines 60 days after the Court enters its ruling on the Defendants' Motions to Dismiss.

Dated: September 11, 2009

*Ronald M. Whyte*

**Hon. Ronald M. Whyte**
**UNITED STATES DISTRICT JUDGE**

**\*The Court hereby vacates the Pretrial Conference and Trial date and will set a Case Management Conference for <u>December 11, 2009 @ 10:30 a.m.</u>  The parties may contact the Courtroom Clerk, Jackie Lynn Garcia @ 408-535-5375 if, the Court has not issued its ruling on the pending motion.**