1  David A. French (TN Bar No. 16692; KY Bar No. 86986)*
2  David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
   **ADF CENTER FOR ACADEMIC FREEDOM**
3  101 Parkshore Drive, Suite 100
   Folsom, California 95630
4  Telephone: (916) 932–2850
   Facsimile:  (916) 932–2851
5  dhacker@telladf.org

6  * Admitted *pro hac vice*
7  Attorneys for Plaintiff
   JUNE SHELDON
8
   Louis A. Leone, Esq. (CSB #099874)
9  Kathleen Darmagnac, Esq. (CSB #150843)
   Katherine A. Alberts, Esq. (CSB #212825)
10 **STUBBS & LEONE**
   A Professional Corporation                    *E-FILED - 12/10/09*
11 2175 N. California Blvd., Suite 900
12 Walnut Creek, CA  94596
   Telephone: (925) 974-8600
13 Facsimile: (925) 974-8601
14 leonel@stubbsleone.com
   darmagnack@stubbsleone.com
15 albertsk@stubbsleone.com

16 Attorneys for Defendants
   BILBIR DHILLON, MARIA FUENTES, AUTUMN GUTIERREZ,
17 RICHARD HOBBS, RONALD J. LIND, RANDY OKAMURA,
   RICHARD K. TANAKA, ROSA G. PEREZ, ANITA L. MORRIS,
18 MICHAEL L. BURKE, AND LEANDRA MARTIN

19
                    **UNITED STATES DISTRICT COURT**
20                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
21

22
   **June Sheldon,**
23                                          **Case No. C 08 - 3438 – RMW**
       **Plaintiff,**
24
       v.
25                                          **STIPULATION AND []**
   **The Trustees of the San Jose/Evergreen**  **ORDER SETTING DEADLINE FOR**
26 **Community College District, Balbir**      **DEFENDANTS TO ANSWER**
   **Dhillon, et al.,**                       **PLAINTIFF'S COMPLAINT**
27
                                            **Hon. Ronald M. Whyte**
28
       **Defendants.**

---
STIPULATION AND [] ORDER                                   Case No. C 08-3438 RMW
SETTING DEADLINE FOR DEFENDANTS
TO ANSWER TO PLAINTIFF'S COMPLAINT
                              0

WHEREAS the Court heard the Defendants' Motions to Dismiss on January 9, 2009 and took the matter under submission;

WHEREAS the Court issued its ruling on Defendant's Motion to Dismiss on November 25, 2009 and granted in part and denied in part Defendant's Motion;

WHEREAS the Court did not set a deadline for Defendants to file their answer to Plaintiff's Complaint;

WHEREAS the parties have agreed to a deadline of January 8, 2010 for Defendants to answer Plaintiff's Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned counsel, that the deadline by which Defendants must file their answer to Plaintiff's Complaint is January 8, 2010.

Dated:  December 7, 2009            ADF CENTER FOR ACADEMIC FREEDOM


                                    By:   /s/ David J. Hacker
                                          DAVID J. HACKER
                                          Attorneys for Plaintiff
                                          JUNE SHELDON


Dated:  December 7, 2009            STUBBS & LEONE


                                    By:   /s/ Katherine A. Alberts
                                          KATHLEEN DARMAGNAC
                                          KATHERINE A. ALBERTS
                                          Attorneys for Defendants
                                          BILBIR DHILLON, MARIA FUENTES,
                                          AUTUMN GUTIERREZ, RICHARD HOBBS,
                                          RONALD J. LIND, RANDY OKAMURA,
                                          RICHARD K. TANAKA, ROSA G. PEREZ,
                                          ANITA L. MORRIS, MICHAEL L. BURKE, AND
                                          LEANDRA MARTIN

---

STIPULATION AND [] ORDER                                               Case No. C 08-3438 RMW
SETTING DEADLINE FOR DEFENDANTS
TO ANSWER TO PLAINTIFF'S COMPLAINT

**[] ORDER**

IT IS HEREBY ORDERED that that the deadline by which Defendants must file their answer to Plaintiff's Complaint is January 8, 2010.

Dated: December 10, 2009

_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

   *The Court continued the Case Management Conference from 12/11/09 to 2/12/10 at 10:30 a.m.

---

STIPULATION AND [ ORDER                                                              Case No. C 08-3438 RMW
SETTING DEADLINE FOR DEFENDANTS
TO ANSWER TO PLAINTIFF'S COMPLAINT

2