Benjamin W. Bull (AZ Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 N. 90th Street, Scottsdale, Arizona 85260
(480) 444–0020; (480) 444–0028 (fax); bbull@telladf.org

David A. French (TN Bar No. 016692; KY Bar No. 86986)*
Travis C. Barham (AZ Bar No. 024867)*
ADF CENTER FOR ACADEMIC FREEDOM
12 Public Square, Columbia, Tennessee 38401
(931) 490–0591; (931) 490–7989 (fax)
dfrench@telladf.org; tbarham@telladf.org

David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
ADF CENTER FOR ACADEMIC FREEDOM
101 Parkshore Drive, Suite 100, Folsom, California 95630
(916) 932–2850; (916) 932–2851 (fax); dhacker@telladf.org

Kevin T. Snider (CA Bar No. 170988)
Matthew McReynolds (CA Bar No. 234797)
PACIFIC JUSTICE INSTITUTE
P.O. BOX 276600, Sacramento, California 95827
(916) 857–6900; (916) 857–6902 (fax)
kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org

* Admitted *pro hac vice*
Attorneys for Plaintiff June Sheldon

*E-FILED - 3/18/10*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **JUNE SHELDON**, <br><br> Plaintiff, <br><br> v. <br><br> The Trustees of the San Jose/Evergreen Community College District, **BALBIR DHILLON,** et al., <br><br> Defendants. | Case No. 5:08-CV-03438 - RMW <br><br> **Hon. Ronald M. Whyte** <br><br> **STIPULATION AND UPDATE TO NOTICE OF SETTLEMENT AND ORDER** |

1    Plaintiff and Defendants, by and through their respective counsel, hereby notify the Court that
2    Defendants' relevant governing boards and trustees formally approved the settlement, and now the
3    parties are working to execute the settlement agreement. Thus, the parties hereby stipulate and
4    respectfully request:

6    WHEREAS the terms of settlement have been approved by all parties, but all relevant parties
7    need to execute the agreement;

8    WHEREAS this case is currently set for a case management conference on March 19, 2010 at
9    10:30 a.m. before the Honorable Judge Ronald M. Whyte;

10   WHEREAS the parties agree to a 60 day continuance for the case management conference so
11   as to finalize settlement;

13   NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED by and
14   between the parties, by and through their respective undersigned counsel, that the Court vacate the
15   March 19, 2010 case management conference and continue it to May 28, 2010.

Dated: March 16, 2010                ALLIANCE DEFENSE FUND
                                     By: /s/David J. Hacker
                                         David J. Hacker
                                         Attorneys for JUNE SHELDON

Dated:  March 16, 2010               STUBBS & LEONE
                                     By: /s/Louis A. Leone
                                         Louis A. Leone
                                         Katherine A. Alberts
                                         Attorneys for Defendants BALBIR DHILLON, MARIA FUENTES, AUTUMN GUTIERREZ, RICHARD HOBBS, RONALD J. LIND, RANDY OKAMURA, RICHARD K. TANAKA, ROSA G. PEREZ, ANITA L. MORRIS, MICHAEL L. BURKE, AND LEANDRA MARTIN

STIPULATION AND UPDATE TO NOTICE OF SETTLEMENT—5:08-CV-03438-RMW

2

1  I hereby attest that I have conferred with Defendants' counsel, Mr. Leone, and I have his
2  permission to place his ECF signature on this document.

/s/David J. Hacker
David J. Hacker
Attorney for Plaintiff

**[] ORDER**

IT IS HEREBY ORDERED that the case management conference set for March 19, 2010 is vacated and continued to May 28, 2010 at 10:30 a.m.

Dated: March 18, 2010

*Ronald M. Whyte*

**Hon. Ronald M. Whyte**
**UNITED STATES DISTRICT JUDGE**