Benjamin W. Bull (AZ Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 N. 90th Street, Scottsdale, Arizona 85260
(480) 444–0020; (480) 444–0028 (fax); bbull@telladf.org

David A. French (TN Bar No. 016692; KY Bar No. 86986)*
Travis C. Barham (AZ Bar No. 024867)*
ADF CENTER FOR ACADEMIC FREEDOM
12 Public Square, Columbia, Tennessee 38401
(931) 490–0591; (931) 490–7989 (fax)
dfrench@telladf.org; tbarham@telladf.org

David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
ADF CENTER FOR ACADEMIC FREEDOM
101 Parkshore Drive, Suite 100, Folsom, California 95630
(916) 932–2850; (916) 932–2851 (fax); dhacker@telladf.org

Kevin T. Snider (CA Bar No. 170988)
Matthew McReynolds (CA Bar No. 234797)
PACIFIC JUSTICE INSTITUTE
P.O. BOX 276600, Sacramento, California 95827
(916) 857–6900; (916) 857–6902 (fax)
kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org

* Admitted *pro hac vice*
Attorneys for Plaintiff June Sheldon

*E-FILED - 5/27/10*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **JUNE SHELDON**, <br><br> Plaintiff, <br><br> v. <br><br> The Trustees of the San Jose/Evergreen Community College District, **BALBIR DHILLON,** et al., <br><br> Defendants. | Case No. 5:08-CV-03438 - RMW <br><br> **Hon. Ronald M. Whyte** <br><br> **STIPULATION AND ORDER FOR CONTINUANCE OF** <br><br> **MAY 28, 2010 CASE MANAGEMENT CONFERENCE** |

1  Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and
2  respectfully request:

3  WHEREAS the Plaintiff has signed the settlement agreement;

4  WHEREAS the Defendants are still gathering one signature for the settlement agreement and
5  the settlement checks;

6  WHEREAS this case is currently set for a case management conference on May 28, 2010 at
7  10:30 a.m. before the Honorable Judge Ronald M. Whyte;

8  WHEREAS the parties agree to a 56 day continuance of the case management conference so as
9  to finalize settlement;

10

11 NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED by and
12 between the parties, by and through their respective undersigned counsel, that the Court vacate the
13 May 28, 2010 case management conference and continue it to July 23, 2010.

14
Dated: May 25, 2010                ALLIANCE DEFENSE FUND
15                                  By: /s/David J. Hacker
                                        David J. Hacker
16                                      Attorneys for JUNE SHELDON
17
Dated:  May 25, 2010               STUBBS & LEONE
18                                  By: /s/Katherine A. Alberts
                                        Louis A. Leone
19                                      Katherine A. Alberts
                                        Attorneys for Defendants BALBIR DHILLON,
20                                      MARIA FUENTES, AUTUMN GUTIERREZ,
                                        RICHARD HOBBS, RONALD J. LIND, RANDY
21                                      OKAMURA, RICHARD K. TANAKA, ROSA G.
                                        PEREZ, ANITA L. MORRIS, MICHAEL L.
22                                      BURKE, AND LEANDRA MARTIN
23

24 I hereby attest that I have conferred with Defendants' counsel, Ms. Alberts, and I have his
25 permission to place her ECF signature on this document.
                                        /s/David J. Hacker
26                                      David J. Hacker
                                        Attorney for Plaintiff
27

28          STIPULATION AND  ORDER FOR CONTINUANCE OF
            CASE MANAGEMENT CONFERENCE—5:08-CV-03438-RMW
                                2

**[] ORDER**

IT IS HEREBY ORDERED that the case management conference set for May 28, 2010 is vacated and continued to July 23, 2010 at 10:30 a.m.

Dated: May 27, 2010

*Ronald M. Whyte*

**Hon. Ronald M. Whyte**
**UNITED STATES DISTRICT JUDGE**