Benjamin W. Bull (AZ Bar No. 009940)
David A. French (TN Bar No. 016692; KY Bar No. 86986)*
David J. Hacker (CA Bar No. 249272; IL Bar No. 6283022)
Travis C. Barham (AZ Bar No. 024867)*
ADF CENTER FOR ACADEMIC FREEDOM
101 Parkshore Drive, Suite 100; Folsom, California 95630
(916) 932–2850; (916) 932–2851—fax
dfrench@telladf.org; dhacker@telladf.org; tbarham@telladf.org

Kevin T. Snider (CA Bar No. 170988)
Matthew McReynolds (CA Bar No. 234797)
PACIFIC JUSTICE INSTITUTE
P.O. BOX 276600; Sacramento, California 95827
(916) 857–6900; (916) 857–6902—fax
kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org

* Admitted *pro hac vice*
Attorneys for Plaintiff June Sheldon

Louis A. Leone, Esq. (CA Bar No. 099874)
Katherine A. Alberts, Esq. (CA Bar No. 212825)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900; Walnut Creek, California 94596
(925) 974-8600; (925) 974-8601—fax
leonel@stubbsleone.com
albertsk@stubbsleone.com

Attorneys for Defendants Balbir Dhillon, Maria Fuentes,
Autumn Gutierrez, Richard Hobbs, Ronald J. Lind,
Randy Okamura, Richard K. Tanaka, Rosa G. Perez,
Anita L. Morris, Michael L. Burke, and Leandra Martin

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **JUNE SHELDON**, | |
| Plaintiff, | Case No. C 08 - 3438 – RMW |
| v. | |
| The Trustees of the San Jose/Evergreen Community College District, **BALBIR DHILLON,** et al., | **STIPULATION FOR DIMISSAL WITH PREJUDICE** |
| Defendants. | |

The parties, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Notice of Settlement (Dkt. #56), stipulate to the dismissal with prejudice of all of Plaintiff June Sheldon's claims against the Defendants in this action pursuant to a negotiated settlement.  Each party will bear its own costs and attorneys' fees.

Respectfully submitted this 21st day of July, 2010,


For the Plaintiff:                              For the Defendants:

/s/David J. Hacker                              /s/Katherine A. Alberts
DAVID J. HACKER                                 LOUIS A. LEONE
California Bar No. 249272                        California Bar No. 099874
Illinois Bar No. 6283022                         KATHERINE A. ALBERTS
ADF CENTER FOR ACADEMIC                          California Bar No. 212825
FREEDOM                                          STUBBS & LEONE
101 Parkshore Drive, Suite 100                    A Professional Corporation
Folsom, California 95630                          2175 N. California Blvd., Suite 900
(916) 932-2850                                    Walnut Creek, California 94596
(916) 932-2851—facsimile                          (925) 974-8600
dhacker@telladf.org                               (925) 974-8601—facsimile
                                                  leonel@stubbsleone.com
                                                  albertsk@stubbsleone.com



I hereby attest that I have conferred with Defendants' counsel, Ms. Alberts, and I have her permission to place her ECF signature on this document.

/s/David J. Hacker
David J. Hacker
Attorney for Plaintiff