David B. Rankin, S.D.N.Y. Bar No. DR 0863
(*pro hac* application forthcoming)
BELDOCK LEVINE & HOFFMAN LLP
99 Park Avenue, 26th Floor/PH
New York, NY 10016
Telephone: (212) 277-5825
Facsimile: (212) 277-5880
Email: drankin@blhny.com

Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com

*Counsel for Amicus Curiae Reclaim the Records*

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

OAKLAND

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *UNDER THE TITLE OF ACTING SECRETARY OF HOMELAND SECURITY*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *UNDER THE TITLE OF SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DEPUTY SECRETARY OF HOMELAND SECURITY*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Defendants | Case No. 4:20-cv-05883-JSW<br><br>**NOTIE OF APPEARANCE FOR MATTHEW STRUGAR ON BEHALF OF AMICUS CURIAE RECLAIM THE RECORDS** |

NOTICE OF APPEARANCE OF MATTHEW STRUGAR FOR AMICUS CURIAE
CASE NO. 4:20-CV-05883-JSW

PLEASE TAKE NOTICE that the following attorney from Seyfarth Shaw LLP hereby files this Notice of Appearance in the above-captioned case on behalf of Amicus Curaie. Please serve notices upon counsel at the following address:

    Matthew Strugar, SBN 232951
    Law Office of Matthew Strugar
    3435 Wilshire Blvd., Suite 2910
    Los Angeles, CA 90010
    (323) 696-2299
    matthew@matthewstrugar.com

Dated: September 10, 2020
    Los Angeles, CA

        Respectfully summitted,

By:_____/s/_____
    Matthew Strugar, SBN 232951
    Law Office of Matthew Strugar
    3435 Wilshire Blvd., Suite 2910
    Los Angeles, CA 90010
    (323) 696-2299
    matthew@matthewstrugar.com

    David B. Rankin, S.D.N.Y. Bar No. DR 0863 (pro hac application forthcoming)
    BELDOCK LEVINE & HOFFMAN LLP
    99 Park Avenue, 26th Floor/PH
    New York, NY 10016
    Telephone: (212) 277-5825
    Facsimile: (212) 277-5880
    Email: drankin@blhny.com

NOTICE OF APPEARANCE OF MATTHEW STRUGAR FOR AMICUS CURIAE
CASE NO. 4:20-CV-05883-JSW

# CERTIFICATE OF SERVICE

I, Matthew Strugar, hereby certify that on September 10, 2020, the foregoing document was filed and served through the CM/ECF system.

DATED: September 10, 2020

/s/ Matthew Strugar
_____
Matthew Strugar

NOTICE OF APPEARANCE OF MATTHEW STRUGAR FOR AMICUS CURIAE
CASE NO. 4:20-CV-05883-JSW